NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**DIGITAL TURBINE, INC.,**
*Appellant*

**v.**

**IRONSOURCE LTD.,**
*Appellee*

———————————————

2023-1606

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2021-00096.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Upon consideration of Digital Turbine, Inc.'s motion to voluntarily dismiss the appeal pursuant to Federal Rule of Appellate Procedure 42(b),

2                          DIGITAL TURBINE, INC. v. IRONSOURCE LTD.

IT IS ORDERED THAT:

(1)  The motion is granted, and the appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 20, 2023
Date

ISSUED AS A MANDATE: October 20, 2023